33,355-03

Paul E. Neal #489626
Clements Unit
9601 Spur 591
Amarillo, Texas
79107-9606

January 12, 2015

Court of Criminal Appeals
C/O Abel Acosta / Clerk
P.O. Box 12308
Austin, Texas
78711-2308

Acosta,

Enclosed, PLEASE find two (2) copy of my "NOTICE OF CONTRACT" that goes with the WRIT OF NUNC "PRO TUNC inside the WRIT OF MANDAMUS. It is my "EXHIBIT B" referenced in the MANDAMUS.

What I need-Acosta, is these two copies presented to the open forum of the Court. I need the Judges of the Court of Criminal Appeals sign this contract - one for the cause number WR-33,355-03, this is to be filed with my WRIT OF MANDAMUS along with the WRIT OF NUNC PRO TUNC enclosed therein. The other copy I would like back for my records. Stipulations in my NOTICE OF CONTRACT allows 5 days to be returned back to me - so I need your help in this PLEASE.

I would appreciate your kind attention and concern to this at your earliest convenience. Thank-you and MAY GOD BLESS you as I remain

Cordially,
Paul E. Neal

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 21 2015

Abel Acosta, Clerk

## NOTICE OF CONTRACT

HONORABLE SHARON KELLER - COURT OF CRIMINAL APPEALS

| RELATOR: | § | RESPONDENT: |
|---|---|---|
| | | COURT OF CRIMINAL APPEALS JUSTICES |
| "Paul Edward Neal" | § | d.b.a. Hon. Sharon Keller |
| | | Presiding Judge |
| % 9601 Spur 591 | | |
| Amarillo, Texas | | JUSTICES THEREOF |
| 79107-9606 | § | Hon. Lawrence E. Meyers |
| | | Hon. Tom Price |
| SID: 01425193 | | Hon. Paul Womack |
| | | Hon. Cheryl R. Johnson |
| [UNIT #037 (TDCJ-CID)] | § | Hon. Mike Keasler |
| | | Hon. Barbara P. Hervey |
| U. S. A. | § | Hon. Elsa Alcala |
| | | Hon. Cathy Cochran |
| | § | |
| | | P. O. Box 12308 |
| | | Austin, Texas |
| | § | 78711-2308 |

NOTICE OF CONTRACT TO UPHOLD ALL STATE AND

NATIONAL CONSTITUTIONAL RIGHTS AND OFFICIAL

OATH OF OFFICE OF JUDGE

(TEXAS CONSTITUTION ARTICLE XVI, §1) "SO HELP ME GOD"

   This Contract is to uphold all State and National Constitutional Rights of Official Oath of Office of Judge is made and entered into by and between "Paul Edward

NEAL", hereinafter Relator and the Honorable Sharon Keller - Presiding Judge of the Court of Criminal Appeals, hereinafter Respondent in the matter of cause number D-19,262, and both parties deposes the following in this matter:

1.) Relator reserves all rights secured by the Texas Constitution and the Constitution for the united states.

2.) This "CONTRACT" is in good faith with no bad faith to this Honorable Court of Criminal Appeals.

3.) This "CONTRACT NOTICE" is timely and not meant for unreasonable delay.

4.) By Relator's true/proper name, "Paul Edward Neal", to this Honorable Court, this Court agrees to honor all Texas Constitutional Rights of "Paul Edward Neal", and all parties to this action and the WRIT OF NUNC PRO TUNC which it accompanys hereto.

5.) Sharon Keller, d.b.a. HONORABLE SHARON KELLER - Presiding Judge of the Court of Criminal Appeals, including Justices mentioned herein above, states as follows:

By my signature and word I do solemly swear and agree to support the Texas Constitution and the Constitution for the united states of America, and that I as an Texas Public Servant have taken the Constitutional Oath of Office prescribed by Article XVI, §1, Vernon's Constitution of the State of Texas Annotated, and that I am cognizant that the rule governing conflict of law, specifically set out at Vernon's Texas Codes Annotated, Government Code § 2001.037, determines that original acts will in all cases prevail when in conflict with adopted uniform acts, that all "existing rights and remedies" under constitutional and common law

indigenous to the Texas Republic are preserved at Vernon's Texas Statutes Annotated, Code of Criminal Procedure, Article 1.27, and that I am bound by my Constitutional Oath, antecedent and superior to my statutory Loyalty Oath which accommodates the de facto Federal State of Texas;

Further, I, Sharon Keller, d.b.a. Honorable SHARON KELLER - Presiding Judge of the Court of Criminal Appeals, of the State of Texas, including the Justices mentioned herein above, endorse my Constitutional Oath and will abide by said Oath to uphold all existing rights and remedies of "Paul Edward Neal" particularly as secured by the Texas Constitution and the Constitution for the United States of America;

Additionally, I, Sharon Keller, d.b.a. Honorable Sharon Keller - Presiding Judge of the Court of Criminal Appeals, of the State of Texas, including the Justices mentioned herein above, understand that if I fail to personally endorse this Contract within five (5) days of receipt, and return a copy to the Relator by United States Postal Service via first (1st) Class mail, that Relator may construe that I am knowingly and intentionally defaulting my Constitutional Oath, and I am thereby expressing the intent to proceed in the above-referenced Writ in the capacity of a Magistrate rather than a true Officer of the independent Judicial Branch of government, and that this Court, operating in derogation of common law, will proceed in Admiralty to accommodate private international law, or in the alternative, will function as a vice-admiralty or administrative law court, in which "Paul Edward Neal" will be presumed to be an employee of the United States or one (1) of its political subdivisions subject to Congress' Article IV Legislature jurisdiction;

Finally, I, Sharon Keller, d.b.a. Honorable Sharon Keller - Presiding Judge of the Court of Criminal Appeals, of

the State of Texas, including the Justices mentioned above, stipulate that failure to endorse this Contract to perform duties of Office within the framework of my Constitutional Oath, thus preserving "Paul Edward Neal's" Constitutionally assured rights, shall be construed as perjury of Oath, under Article XVI, §2 of the Texas Constitution, and attending statutes, and that the Relator may seek civil and/or criminal remedies via TITLE 42 of the United States Codes, Section 1986, for my having knowledge of the law yet failing to correct or stop a wrong; under 42 U.S.C. § 1985, for conspiring with Officers of this Court to injure Relator's rights; under 42 U.S.C. §1983, for injure to "Paul Edward Neal's" United States Constitutional Rights, and in Criminal forum, attending provisions of TITLE 18 of the United States Codes, or in the Alternative, "Paul Edward Neal" may seek corresponding remedies, as the law provides, in the framework of the Constitutional and common law indigenous to the Texas Republic, one (1) of the several states party to the Constitution for the united states of America.

_____
JANUARY 12, 2015
DATE

_____
HONORABLE SHARON KELLER
Presiding Judge
Court of Criminal Appeals
P. O. Box 12308
Austin, Texas
         78711-2308

_____
            DATE

_____
Paul Edward Neal
PAUL EDWARD NEAL
℅ 9601 Spur 591
Amarillo, Texas
         79107-9606

SID: 01425193
[UNIT #037 (TDCJ-CID)]

u. S. A.

_____
HON. LAWRENCE E. MEYERS

4 of 5

Hon. TOM PRICE

_____

Hon. Paul Womack

_____

Hon. Cheryl R. Johnson

_____

Hon. Mike Keasler

_____

Hon. Barbara P. Hervey

_____

Hon. Elsa Alcala

_____

Hon. Cathy Cochran

Without prejudice
UCC § 1-308
ALL RIGHTS RESERVED
2015

_____
WITNESS

_____
John White
WITNESS

5 of 5

## NOTICE OF CONTRACT

HONORABLE SHARON KELLER — COURT OF CRIMINAL APPEALS

RELATOR:

"Paul Edward Neal"

c/o 9601 Spur 591
Amarillo, Texas
      79107-9606

SID: 01425193

[UNIT #037 (TDCJ-CID)]

u. S. A.

RESPONDENT:
COURT OF CRIMINAL APPEALS
d.b.a. Hon. Sharon Keller
     Presiding Judge

JUSTICES THEREOF
Hon. Lawrence E. Meyers
Hon. Tom Price
Hon. Paul Womack
Hon. Cheryl L. Johnson
Hon. Mike Keasler
Hon. Barbara P. Hervey
Hon. Elsa Alcala
Hon. Cathy Cochran

P.O. Box 12308
Austin, Texas
     78711-2308

---

NOTICE OF CONTRACT TO UPHOLD ALL STATE AND NATIONAL CONSTITUTIONAL RIGHTS AND OFFICIAL OATH OF OFFICE OF JUDGE

(TEXAS CONSTITUTION ARTICLE XVI, §1) "SO HELP ME GOD"

---

This Contract is to uphold all State and National Constitutional Rights of Official Oath of Office of Judge is made and entered into by and between "Paul Edward

NEAL", hereinafter Relator and the Honorable Sharon Keller-Presiding Judge of the Court of Criminal Appeals, hereinafter Respondent in the matter of cause number D-19,262, and both parties deposes the following in this matter:

1.) Relator reserves all rights secured by the Texas Constitution and the Constitution for the united states.

2.) This "CONTRACT" is in good faith with no bad faith to this Honorable Court of Criminal Appeals.

3.) This "CONTRACT NOTICE", is timely and not meant for unreasonable delay.

4.) By Relator's true/proper name, "PAUL EDWARD NEAL", to this Honorable Court, this Court agrees to honor all Texas Constitutional Rights of "PAUL EDWARD NEAL", and all parties to this action and the WRIT OF NUNC PRO TUNC which it accompanys hereto.

5.) Sharon Keller, d.b.a. HONORABLE SHARON KELLER - Presiding Judge of the Court of Criminal Appeals, including Justices mentioned herein above, states as follows:

By my signature and word I do solemnly swear and agree to support the Texas Constitution and the Constitution for the united states of America, and that I as an Texas Public Servant have taken the Constitutional Oath of Office prescribed by Article XVI, §1, Vernon's Constitution of the State of Texas Annotated, and that I am cognizant that the rule governing conflict of law, specifically set out at Vernon's Texas Codes Annotated, Government Code § 2001.037, determines that original acts will in all cases prevail when in conflict with adopted uniform acts, that all "existing rights and remedies" under constitutional and common law indigenous to the Texas Republic, are preserved

at Vernon's Texas Statutes Annotated, Code of Criminal Procedure, Article 1.27, and that I am bound by my Constitutional Oath, antecedent and superior to my statutory Loyalty Oath which accommodates the de facto Federal State of Texas;

Further, I, Sharon Keller, d.b.a. Honorable Sharon Keller-Presiding Judge of the Court of Criminal Appeals, of the State of Texas, including the Justices mentioned herein above, endorse my Constitutional Oath and will abide by said Oath to uphold all existing rights and remedies of "Paul Edward Neal" particularly as secured by the Texas Constitution and the Constitution for the united states of America;

Additionally, I, Sharon Keller, d.b.a. Honorable Sharon Keller-Presiding Judge of the Court of Criminal Appeals, of the State of Texas, including the Justices mentioned herein above, understand that if I fail to personally endorse this Contract within five (5) days of receipt, and return a copy to the Relator by United States Postal Service via first (1st) Class mail, that Relator may construe that I am knowingly and intentionally defaulting my Constitutional Oath, and I am thereby expressing the intent to proceed in the above-referenced WRIT in the capacity of a Magistrate rather than a true Officer of the independent Judicial Branch of government, and that this Court, operating in derogation of common law, will proceed in Admiralty to accommodate private international law, or in the alternative, will function as a Vice-Admiralty or Administrative Law Court, in which "Paul Edward Neal" will be presumed to be an employee of the United States or one (1) of its political subdivisions subject to Congress' Article IV Legislature jurisdiction;

Finally, I, Sharon Keller, d.b.a. Honorable Sharon Keller-Presiding Judge of the Court of Criminal Appeals, of the State of Texas, including the Justices mentioned above,

stipulate that failure to endorse this Contract to perform duties of Office within the framework of my Constitutional Oath, thus preserving "Paul Edward Neal's" Constitionally assured Rights, shall be construed as perjury of Oath, under Article XVI, §2 of the Texas Constitution, and attending statutes, and that the Relator may seek civil and/or Criminal remedies via TITLE 42 of the United States Codes, Section 1986, for my having knowledge of the law yet failing to correct or stop A wrong; under 42 U.S.C. §1985, for conspiring with Officers of this Court to injure Relator's rights; under 42 U.S.C. §1983, for injure to "Paul Edward Neal's" United States Constitutional rights, and in Criminal forum, Attending provisions of TITLE 18 of the United States Codes, or in the alternative, "Paul Edward Neal" may seek corresponding remedies, as the law provides, in the framework of the Constitutional and common law indigenous to the Texas Republic, one (1) of the several States party to the Constitution for the united states of America.

JANUARY 12, 2015
DATE

_Paul Edward Neal_
PAUL EDWARD NEAL
c/o 9601 Spur 591
Amarillo, Texas
79107-9606

SID: 01425193
[UNIT #037 (TDCJ-CID)]

U. S. A.

HONORABLE SHARON KELLER
PRESIDING JUDGE
Court of Criminal Appeals
P.O. Box 12308
Austin, Texas
78711-2308

DATE

Hon. LAWRENCE E. MEYERS

4 of 5

Hon. TOM PRICE
_____

Hon. PAUL WOMACK
_____

Hon. CHERYL R. JOHNSON
_____

Hon. MIKE KEASLER
_____

Hon. BARBARA P. HERVEY
_____

Hon. ELSA ALCALA
_____

Hon. CATHY COCHRAN
_____

Without prejudice
UCC 1-308
ALL RIGHTS RESERVED
2015

_____
WITNESS

_____
WITNESS